■ ANDREW BELL et al., Respondents, v TOWER INSURANCE COMPANY OF NEW YORK, Appellant, et al., Defendant. (And a Third-Party Action.) [979 NYS2d 515]—

536

[black rectangle]

Concur—Friedman, J.P., Acosta, Moskowitz, Manzanet-Daniels and Clark, JJ.